IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MIGUEL ARREOLA-AVILA,

    Petitioner,                                      JUDGMENT IN A CIVIL CASE

    v.                                                 Case No.  16-cv-358-wmc

UNITED STATES OF AMERICA,

    Respondent.

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America against petitioner Miguel Arreola-Avila denying his motion for post conviction relief under 28 U.S.C. § 2255, dismissing his civil case and denying the issuance of a certificate of appealability.

| | |
|---|---|
| s/V. Olmo, Deputy Clerk | 10/26/2017 |
| Peter Oppeneer, Clerk of Court | Date |